## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THOMAS K. HARMON as Successor Personal Representative of the Estate of David L. Burress, now Deceased, | ) ) ) ) ) | 8:04CV15 |
| Plaintiff, | ) ) ) | ORDER |
| vs. | ) ) | |
| CIGNA HealthCare, a corporation, | ) ) | |
| Defendant. | ) | |

Upon notice of settlement given to the undersigned magistrate judge by letter on May 23, 2005, by Thomas K. Harmon, for the plaintiff, and Mr. Harmon's letter request for an extension of time,

**IT IS ORDERED that:**

1. The plaintiff's request for an extension of time is granted.

2. The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court which will fully dispose of the case **on or before August 15, 2005**. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

3. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

DATED this 8th day of July, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate