IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THOMAS K. HARMON as Successor Personal Representative of the Estate of David L. Burress, now Deceased, | ) ) ) ) | 8:04CV15 |
| Plaintiff, | ) ) | ORDER OF DISMISSAL |
| v. | ) ) | WITH PREJUDICE |
| CIGNA HeathCare, | ) ) | |
| Defendant. | ) | |

This matter came on to be heard on the 23rd day of September, 2005, on the joint motion of all the parties to the above-entitled action that the action be dismissed with prejudice in accordance with the settlement agreement reached by the parties. **Therefore**, it is not necessary that the action remain on the court's calendar and the Court, being fully advised in the premises, finds that an Order should be entered in accordance with said Motion.

IT IS THEREFORE, ORDERED, that the Plaintiff's Complaint be dismissed with prejudice, each party to pay their own costs because the settlement has been completed and further litigation is not necessary .

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge